NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PARKER WAICHMAN, LLP, a Florida )
limited liability partnership, and )
JERROLD S. PARKER, )
    )
    Appellants, )
    )
v. )    Case No. 2D18-4475
    )
JORDAN L. CHAIKIN, )
    )
    Appellee. )
_____ )


Opinion filed June 14, 2019.

Appeal from the Circuit Court for Lee
County; James R. Shenko, Judge.

Hala Sandridge and Chance Lyman of
Buchanan, Ingersoll & Rooney PC, Tampa,
for Appellants.

Traci T. McKee and Kyle C. Dudek of
Henderson, Franklin, Starnes & Holt, P.A.,
of Fort Myers, for Appellee.

Jordan L. Chaikin, pro se


PER CURIAM.


        Affirmed.


SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.